IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                 : CHAPTER 13

    Jose Rico                                          : BANKRUPTCY NO.: 17-10047-mdc

### PRAECIPE TO WITHDRAW

    Kindly withdraw the Third Amended Chapter 13 Plan and Certificate of Service filed on September 18, 2018 with regard to the above Debtor.

                        Respectfully submitted,

                        /s/ERIK B. JENSEN

Date: 10/19/18          ERIK B. JENSEN, ESQUIRE

                        Attorney for the Debtor