**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jose G. Rico-Mutiz<br>  aka Jose G. Rico<br>  Amalia B. Becerra-Martinez<br>  aka Amalia Rico<br><br>  <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 17-10047 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                 Respectfully submitted,
                                 **/s/ Rebecca A. Solarz, Esq**
                                 Rebecca A Solarz, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322