# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10047-MDC

JOSE G. RICO
AMALIA B. BECERRA-MARTINEZ
1229 UNRUH AVE.

PHILADELPHIA, PA 19111

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSE G. RICO
    AMALIA B. BECERRA-MARTINEZ
    1229 UNRUH AVE.

    PHILADELPHIA, PA 19111


Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                                                        /S/ William C. Miller

Date: 11/15/2019                                       _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee