United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10047-mdc
Jose G. Rico-Mutiz                                                    Chapter 13
Amalia B. Becerra-Martinez
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: pdf900          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb         +Jose G. Rico-Mutiz,    Amalia B. Becerra-Martinez,    1229 Unruh Ave.,
                 Philadelphia, PA 19111-4933
13846782       +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13846783       +Ars,    1801 Nw 66th Ave,    Fort Lauderdale, FL 33313-4571
13846785       +Central Finl Control,    Po Box 660873,    Dallas, TX 75266-0873
14025917        ECMC,    po box 16408,    St. Paul, MN 55116-0408
13846790       +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13846791       +Independence,    1901 Market St.,    Philadelphia, PA 19103-1475
13846793       +Jeane Hospital,    Patient Financial Svs,    Account Processing Center,    2 Brighton rd.,
                 Clifton, NJ 07012-1663
13846795       +Jeanes Hospital,    2 Brighton Rd.,    Clifton, NJ 07012-1663
13846796       +Jeanes Hospital,    7600 Central Ave,    Philadelphia, PA 19111-2499
13846794       +Jeanes Hospital,    Attn: Cashier,    7600 Central Ave.,    Philadelphia, PA 19111-2499
13846798        LCA Collections,    P.O. Box 2240,    Burlington, NC  27216-2240
13846797        Laboratory Corporation of America Holdin,    P.O. Box 2240,    Burlington, NC  27216-2240
13846799       +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13862489       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13846803       +Patelka Dental LLC,    8332 Bustleton Ave.,    Unit C,    Philadelphia, PA 19152-1909
13846804       +Patient Financial Svcs.,    Account Processing Center,    2 Brighton Rd.,
                 Clifton, NJ 07012-1663
13863865       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13846805        Temple Physicians, Inc.,    P.O. Box 820956,    Philadelphia, PA  19182-0956
13846806        Temple University,    PO Box 827783,    Philadelphia, PA 19182-7783
13846807       +Temple University Hospital,    3401 N. Broad St. 1sr Floor,    Philadelphia, PA 19140-5189
13846808       +Thomas C. Peff, MD,    8407 Bustleton Ave.,    Philadelphia, PA 19152-1998
14225874       +Toyota Motor Credit,    c/o Rebecca A. Solarz, Esquire,    KML Law Group P.C.,
                 701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
13846809       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14341101        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13860363       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13907959       +US Dept of Education / MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2019 03:32:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:31:46
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/Text: blegal@phfa.org Dec 20 2019 03:32:29     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13846784        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:31:12
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13846786        E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:50     City of Philadelphia,
                 1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1595
13938427        E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:50     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13846787       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2019 03:33:01     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
13846788       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2019 03:33:01
                 Credit Collection Services,    2 Wells Ave., Dept 9135,    Newton, MA 02459-3225
13846789       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 20 2019 03:30:40     Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
13846792       +E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 03:32:08     IRS Department of the Treasury,
                 600 Arch Street,    Room 5200,    Philadelphia, PA 19106-1611
13907897        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 03:30:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13849864        E-mail/PDF: cbp@onemainfinancial.com Dec 20 2019 03:31:42     ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE IN,  47731-3251
13846800       +E-mail/PDF: cbp@onemainfinancial.com Dec 20 2019 03:31:44     Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499
13846801        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:19     PA Department of Revenue,
                 Bankruptcy Division,    PO Boc 280946,    Harrisburg, PA 17128-0946
13919879        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:42:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541

Case 17-10047-mdc    Doc 75    Filed 12/21/19    Entered 12/22/19 00:50:21    Desc Imaged
                             Certificate of Notice    Page 2 of 3

```
District/off: 0313-2          User: Keith                 Page 2 of 2                  Date Rcvd: Dec 19, 2019
                              Form ID: pdf900             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13869788       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:30:38
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13846802       +E-mail/Text: blegal@phfa.org Dec 20 2019 03:32:29     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13848801        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14031320       +E-mail/Text: blegal@phfa.org Dec 20 2019 03:32:29     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13846810       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2019 03:33:00     Transworld Systems,
                 2135 E Primrose Suite Q,    Springfield, MO 65804-4598
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13941882*      +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13861835*       ONEMAIN FINANCIAL,    P.O. BOX 3251,   EVANSVILLE IN, 47731-3251
13976058*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
14003609*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                  Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:

```
              ERIK B. JENSEN    on behalf of Joint Debtor Amalia B. Becerra-Martinez akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              ERIK B. JENSEN    on behalf of Debtor Jose G. Rico-Mutiz akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JOSE G. RICO | |
| AMALIA B. BECERRA-MARTINEZ | |
| Debtor | Bankruptcy No. 17-10047-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 19, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
JOSE G. RICO
AMALIA B. BECERRA-MARTINEZ
1229 UNRUH AVE.

PHILADELPHIA, PA 19111